IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-84 |
| ANDREW SMITH | **[UNDER SEAL]** |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Katherine C. Jordan, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ANDREW SMITH, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(ii).

Recommended bond: Detention.

                              Respectfully submitted,

                              TROY RIVETTI
                              Acting United States Attorney

By:    *s/ Katherine C. Jordan*
        KATHERINE C. JORDAN
        Assistant U.S. Attorney
        PA ID No. 201135

**FILED**

APR 25 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA